IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00192-WDM-MEH

CNA SURETY, f/k/a Western Surety Company,
A South Dakota Corporation,

      Plaintiff,

v.

AUTOQUAL USA, INC., et al,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 13, 2006.**

      Based upon the proceedings held on March 3, 2006, the Affidavit of Attorneys Fees filed on March 3, 2006, and the entire record herein, the Motion for Order to Disburse Remaining Bond Funds [Filed March 2, 2006; Docket #54] is **granted.** The proposed Order is acceptable and shall be entered separately.