IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:05-WM-192 (OES)

CNA SURETY, f/k/a Western Surety Company, A South Dakota Corporation,

Petitioner,

vs.

AUTOQUAL USA, INC., BANK ONE RETAIL LENDING, COURTNEY BLANKENSHIP, LINDA COTTON, DENISE COZZA, PATRICK COZZA, ROBERT DALE, CATHI DENMAN, DECIBEL COMMUNITY CREDIT UNION, DEBRA FAHEY, JESSICA GUTIERREZ, KATHIE L. HUFFMAN, RUSSELL J. HUFFMAN, HONDA FINANCIAL SERVICES, NELSON IM, AMY KENNEY, ROBERT KENNEY, WELLS FARGO AUTO FINANCE, HOLLY KING, JOSE MENDEZ, JUAN MENDEZ, SHARON MORALES, BELLCO CREDIT UNION, CECIL PAYNE, PUBLIC SERVICE CREDIT UNION, HERBERT STOEGER, ANDREW LEE SWANIGAN, NEW HORIZONS COMMUNITY CREDIT UNION, TRAVIS WALKER, FIRESIDE BANK, WFS FINANCIAL, HERITAGE BANK

Respondents.

## ORDER OF DISMISSAL

THIS MATTER having come before the Court on the Plaintiff's Motion for Dismissal and the Court being fully advised in the premises,

HEREBY ORDERS this action dismissed without prejudice. The Parties are to bear their own attorney fees and costs.

DATED this _13th_ day of _November_, 2006.

BY THE COURT:

_____
United States District Court Judge